No. 114, Misc. STAPLETON *v.* TEETS, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 116, Misc. DUNNE *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 122, Misc. RICHARDS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 126, Misc. SPEARS *v.* SHELL OIL Co. ET AL. C. A. 9th Cir. Certiorari denied.

No. 127, Misc. BRAHM *v.* BURNES ET AL. Supreme Court of Errors of Connecticut. Certiorari denied. Petitioner *pro se.* *Lorin W. Willis* for respondents.

No. 128, Misc. HICKS *v.* HOLLAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 129, Misc. WORLEY, ADMINISTRATRIX, ET AL. *v.* ELLIOTT ET AL. C. A. 6th Cir. Certiorari denied. Petitioners *pro se.* *Oscar H. Davis,* Acting Solicitor General, and *A. F. Prescott* for the United States, *Charles C. Trabue, Jr.* for Dunn, Trustee, and *F. A. Berry* for the First American National Bank of Nashville, respondents.

No. 130, Misc. EVERETT *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 135, Misc. JOHNSON *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 139, Misc. KENNEY *v.* KILLIAN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Charles W. Gore* for respondent.